UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TICOS CONSTRUCTION L.L.C., | * | CIVIL ACTION |
| | * | |
| Plaintiff, | * | NO. 08-949 |
| | * | |
| v. | * | SECTION "A" |
| | * | JUDGE ZAINEY |
| BELFOR USA GROUP, INC., | * | |
| | * | MAG. DIV. (3) |
| Defendant. | * | MAG. JUDGE KNOWLES, III |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STATEMENT OF CONTESTED ISSUES OF MATERIAL FACT

NOW INTO COURT, through undersigned counsel, comes defendant, Belfor USA Group, Inc. ("Belfor"), and, pursuant to Local Rule 56.2 of the Uniform District Court Rules, respectfully submits this statement of contested facts in response to the Motion for Summary Judgment, filed by Ticos Construction L.L.C.'s ("Ticos") on or about November 25, 2008, [R. Doc. No. 20]:

Belfor responds to the Statement of Material Facts filed by Ticos as follows:

1. Belfor does not contest that Ticos provided to Belfor products and services including construction labor and materials under contract. However, with respect to the remainder of Paragraph 1 of Ticos' Statement of Material Facts, it is contested as to whether there is an outstanding balance due to

        Ticos in the principal amount of $230,724.00. *See* Ex. "1," Master Services Agreement; Ex. "2," Declaration of Kimberly Motala.

2. It is contested as to whether any amounts allegedly owed to Ticos are in default. *See* Ex. "1," Master Services Agreement; Ex. "2," Declaration of Kimberly Motala.

3. It is contested as to whether any amounts identified in the September 6, 2007, letter from Ticos to Belfor are true and accurate. Ex. "2," Declaration of Kimberly Motala.

In addition, Belfor submits the following list of genuine issues of material fact, all of which preclude the granting of Ticos' Motion for Summary Judgment:

1. Whether Ticos has submitted to Belfor all invoices for which payment is sought.

2. Whether Belfor was actually paid by the owner for the labor, services, and materials provided by Ticos on Belfor projects for which Ticos seeks payment.

3. Whether Ticos made demand as required by La. Rev. Stat. § 9:2781.

4. Whether Ticos made a demand that could trigger entitlement to attorney's fees under La. Rev. Stat. 9:2781.

3

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**


BY:     /s/ Erin E. Pelleteri
        M. DAVID KURTZ, T.A. (23821)
        STEVEN F. GRIFFITH, JR. (27232)
        ERIN E. PELLETERI (30666)
        201 St. Charles Ave., Suite 3600
        New Orleans, Louisiana 70170
        Telephone: (504) 566-5200
        Facsimile: (504) 636-4000

**ATTORNEYS FOR DEFENDANT,
BELFOR USA GROUP, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of December, 2008, I electronically filed the foregoing with the Clerk of the Court using ECF system which sent notification of such filing to:

>Clarence F. Favret, III (retf@favretlaw.com)
>COUNSEL FOR TICO'S CONSTRUCTION, LLC

and I hereby certify that I have mailed by United States Mail, postage prepaid, the document to the following non-ECF participants:

**NONE**

This the 30th day of December, 2008.

>s/Erin E. Pelleteri
>ERIN E. PELLETERI